# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ILEY DOTCH

NO. 2022 KW 1092

**DECEMBER 22, 2022**

---

In Re:   Iley Dotch, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 78,145.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED AS MOOT.** The record of the Office of the Clerk
of Court of East Baton Rouge Parish shows that on October 26,
2022, the district court denied relator's "Motion to Correct an
Illegal Sentence."

                         **JMM**
                         **PMc**
                         **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT